v.

**INECO INDUSTRIAL NAVARRA DE EQUIPOS Y COMERCIO, S.A. and Advanced Fabricating Machinery, Defendants–Appellees.**

No. 03–1468.

United States Court of Appeals, Federal Circuit.

DECIDED: April 13, 2004.

John C. Dougherty, Piper Rudnick, Principal Attorney, Hugh J. Marbury, Piper Rudnick, of Counsel, Baltimore, MD, for Defendant–Appellee.

Douglas V. Rigler, Young & Thompson, Principal Attorney, Andrew J. Patch, Young & Thompson, of Counsel, Arlington, VA, Lori Eden Burgess, Andrews & Kurth, of Counsel, Washington, DC, for Plaintiff–Appellant.

Before MAYER, Chief Judge, RADER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.